FILED by D.C.
SEP 27 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CV-20021-KMW

UNITED STATES OF AMERICA
    Plaintiff,

v.

ARTURO A. TAQUECHEL,
    Defendant.

## RESPONSE

1. Agree
2. Agree
3. Unknown
4. Denied – Never neglected or refused

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by regular US Mail to Steven M. Davis at the address of 121 Alhambra Plaza – 10th floor, Coral Gables, FL 33134

Respectfully submitted,

ARTURO TAQUECHEL,
4160 West 16th Avenue, Suite # 404
Hialeah, Florida 33012
Telephone.: (305) 826-8171
Fax: (305) 827-4485
Florida Bar No.: 928770
Email: ataquechel@msn.com