UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-20021-WILLIAMS

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. )
)
)
ARTURO A. TAQUECHEL, )
)
       Defendant. )
_____ )

### NOTICE OF FILING

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel files this Notice of Filing the Promissory Note attached herein as Exhibit "A" in connection to the above referenced case.

Dated: January 21, 2014
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Regular US Mail on this 21 day of January, 2014 on all parties of record on the attached service list.

_____
Steven M. Davis

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

CASE NO. 13-CV-20021-WILLIAMS

## SERVICE LIST

Arturo A. Taquechel
4160 West 16th Ave., Suite 404
Hialeah, FL 33012

2014-Jan-21 09:55 AM  99034084597  3/6
01/21/2014 TUE 11:56 FAX 99034084597 ACS Greenville Warehouse  ☒003/006

**SallieMae**
STUDENT LOAN MARKETING ASSOCIATION
SMART LOAN Originations Center
P.O. Box 1304
Merrifield, Virginia 22116-1304

*The SMART LOAN℠ Account*

# Application/Promissory Note
(Failure to complete all information will result in processing delays.)

8A. Gracie
November 10, 1989
GRACE END DATE

## Section I: Personal Information

1. TAQUECHEL   ARTURO   A
1A. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
4A. May 14, 1969
4B. [redacted]

5. My Employer is:
A. Hilton R. Lamovs Attorneys

6. Name and Address of a Relative Who Does Not Live With Me
Taquechel Arturo G.

7. Name and Address of a Non-Relative
Gracie Elizabeth A.

## Section II: Student Loan Information (Please read instructions carefully.)

| 8. NAME AND ADDRESS OF CREDITOR | 9. TO BE CONSOLIDATED Yes / No | 10. TYPE OF LOAN (GSL, etc.) | 11. INTEREST RATE | 12. DATE OF DISBURSEMENT MONTH/YEAR | 13. ACCOUNT NUMBER | 14. ESTIMATED CURRENT OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|
| 1. Centrust Savings Bank PO Box, Miami Fla 33102 | ✓ | GSL | 8 | 9/87 | | 7500.00 |
| 2. Centrust Savings Bank PO Box, Miami Fla 33102 | ✓ | GSL | 8 | 5/88 | | 7500.00 |
| 3. Centrust Savings Bank PO Box, Miami Fla 33102 | ✓ | GSL | 8 | 12/88 | | 7500.00 |
| 4. Centrust Savings Bank Sold to Sallie Mae Co. One Bus | ✓ | SLS | 10.45 | 10/87 | | 4000.00 |
| 5. Centrust Savings Bank PO Box Miami Florida 33102 | ✓ | SLS | 10.45 | 3/87 | | 4000.00 |
| 6. University of Miami PO Box Coral Gables Fla | ✓ | NSL | 5 | 10/88 | | 1000.00 |

OX

(If you need to list additional loans, attach another sheet.)

If any of the loans indicated above are GSLs and if you are currently in your grace period on these loans and would like to postpone repayment until after your grace period ends, please indicate in the upper right hand corner of the application (Item 8A), by writing the word "grace" and indicating the date your grace period will end.

To Sallie Mae: By means of this application, I am applying to have my eligible loans consolidated into a SMART LOAN Account at Sallie Mae, as allowed under Section 428C of the Higher Education Act of 1965, as amended ("The Act"). If Sallie Mae accepts my application, it is my understanding Sallie Mae will advance funds on my behalf to creditors who currently hold eligible loans named above which I herein select for consolidation into a SMART LOAN Account. The funds so advanced by Sallie Mae will be disbursed to the holder(s) of the loans designated above in order to pay off those loans. I further understand that the amount of the SMART LOAN will equal the sum of the amounts which my creditors verify are the pay-off balances on the selected loans. This amount may be more or less than the estimated total balance I have specified above. (If the verified total balances on loans to be consolidated exceed my estimate by $500 or more, Sallie Mae will notify me before making the loan.) If the amount that Sallie Mae advances to the lender exceeds the amount needed to pay off my balance, I understand that the lender will refund the excess to Sallie Mae for application against the outstanding balance of my SMART LOAN Account. If I am consolidating ALAS (now called SLS, Supplemental Loans for Students) loans and my interest rate on my consolidated loans would be higher than 9%, Sallie Mae will notify me before originating the SMART LOAN.

## Section III: REPAYMENT OPTIONS/Combined Payment Plan
All Borrowers: Check One                                        HEAL Borrowers:

15. ☒ I choose the MAX-2 OPTION with two years of interest-only payments.
    ☐ I choose the MAX-4 OPTION with four years of interest-only payments.
    ☐ I choose a LEVEL PAYMENT PLAN

16. ☐ Yes, I am applying for a Combined Payment Plan. Please include in this plan eligible HEAL loans listed above.

## Section IV: General Information (Please read and sign in both places indicated.)

17. PROMISE TO PAY

EXHIBIT A

Miami, Florida 33125

## Section II: Student Loan Information (Please read instructions carefully.)

8. 

| NAME AND ADDRESS OF CREDITOR | 9. TO BE CONSOLIDATED Yes/No | 10. TYPE OF LOAN (GSL, etc.) | 11. INTEREST RATE | 12. DAY OF DISBURSEMENT MONTH/YEAR | 13. ACCOUNT NUMBER | 14. ESTIMATED CURRENT OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|
| Centrust Savings Bank, P.O. Box 7, Miami Fla 33102 | ✓ | GSL | 8 | 9/87 | | 7500.00 |
| Centrust Savings Bank, P.O. Box 7, Miami Fla 33102 | ✓ | GSL | 8 | 5/88 | | 7500.00 |
| Centrust Savings Bank (Sold to Sallie Mae) P.O. Box 7, Miami Fla 33102 | ✓ | GSL | 8 | 12/88 | | 7500.00 |
| Sallie Mae | ✓ | SLS | 10.45 | 10/87 | | 4000.00 |
| Centrust Savings Bank P.O. Box 7, Miami Fla 33102 | ✓ | SLS | 10.45 | 5/88 | | 4000.00 |
| Univers. Nat. Bank P.O. Box, Coral Gables Fla | ✓ | NDSL | 5 | 10/88 | | 1000.00 |

[X0]

(If you need to list additional loans, attach another sheet.)

If any of the loans indicated above are GSLs and if you are currently in your grace period on these loans and would like to postpone repayment until after your grace period ends, please indicate in the upper right hand corner of the application (Item 8), by writing the word "grace" and indicating the date your grace period will end.

To Sallie Mae: By means of this application, I am applying to have my eligible student loans consolidated into a SMART LOAN Account at Sallie Mae, as allowed under Section 428C of the Higher Education Act of 1965, as amended ("The Act"). If Sallie Mae accepts my application, it is my understanding Sallie Mae will advance funds on my behalf to creditors who currently hold eligible loans named above which I herein select for consolidation in my SMART LOAN Account. The funds so advanced by Sallie Mae will be disbursed to the holder(s) of the loans designated above in order to pay off those loans. I further understand that the amount of my SMART LOAN will equal the sum of the amounts which my creditors verify are the pay-off balances on the selected loans. This amount may be more or less than the estimated total balance I have entered above. If the verified total balance on loans to be consolidated exceeds my estimate by $500 or more, Sallie Mae will notify me before originating the loan. If the amount that Sallie Mae advances to the lender exceeds the amount needed to pay off my balance, I understand that the lender will refund the excess to Sallie Mae for application against the outstanding balance of my SMART LOAN Account. If I am consolidating ALAS (now called SLS, Supplemental Loans for Students) loans and my interest rate on my consolidated loans would be higher than 9%, Sallie Mae will notify me before originating the SMART LOAN.

## Section III: REPAYMENT OPTIONS/Combined Payment Plan

All Borrowers: Check One                                                                                          HEAL Borrowers:

15. [X] I choose the MAX-2 OPTION with two years of interest-only payments.    [ ] I choose the MAX-4 OPTION with four years of interest-only payments.    [ ] I choose a LEVEL PAYMENT PLAN.    16. [X] Yes, I am applying for a Combined Payment Plan. Please include in this plan eligible HEAL loans listed above.

## Section IV: General Information (Please read and sign in *both* places indicated.)

17. **PROMISE TO PAY**
I, the undersigned borrower, promise to pay to the Student Loan Marketing Association (Sallie Mae) at Student Loan Marketing Association, Payment Processing Center, P.O. Box 6907, Lincoln, NE 68506-0997 (or at such other address as designated by Sallie Mae) such loan amount(s) as is advanced on my behalf, to pay daily simple interest on the unpaid principal balance thereof at the rate described on the reverse side hereof, all in accordance with a repayment schedule to be furnished to me, and to pay all late charges, reasonable attorney's fees, and other costs permitted by law and incurred by Sallie Mae in the collection of any amount not paid when due. I understand that the amount of my loan will be based on the pay-off balances of loans selected for consolidation as provided by the creditors of such loans and may exceed my estimate of such pay-off balances. My signature below certifies that I have read, understood, and agreed to the conditions and authorizations stated in the terms hereof and on the reverse side hereof and have received a copy of this application/promissory note.

**APPLICANT CERTIFICATION**
By my signature I verify that I am in repayment status or in a grace period preceding repayment, and not ninety days or more delinquent on any of the loans I have chosen for consolidation that are listed above. All of the loans selected for consolidation have been made to me to finance my education. I also certify that (1) I have no consolidation loan application pending with another lender and (2) if Sallie Mae does not hold any of my loans selected for consolidation in the section above or (if I have checked yes in the box above) any of my HEAL loans, I have sought and been unable to obtain a consolidation loan from the holder(s) of the loans for consolidation. I further certify that I do not owe a refund on any Pell Grant or Supplemental Educational Opportunity Grant, and that I am not in default on any GSL, Perkins/NDSL, SLS/ALAS, PLUS, or consolidation loan.
I certify that the above information is true and correct. I have read the material and understand my rights and responsibilities under the loan consolidation program.
This application/promissory note will be governed by Federal law applicable to consolidation loans.

**CRIMINAL PENALTIES**
WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment under the United States Criminal Code and Section 490 of the Act.

18. APPLICANT SIGNATURE X _____  DATE 5-30-89

SLMA-4

**PERMISSION TO VERIFY LOAN BALANCES**
To Whom It May Concern: I hereby authorize you to release to Sallie Mae, for purposes of verifying student loan information in order that I may consolidate my student loans into a consolidation loan or enter into a combined payment plan pursuant to the Higher Education Act of 1965, as amended, any information concerning my student loans that Sallie Mae requests in connection with such loan consolidation or combined payment plan. This information is for the use of Sallie Mae in consolidating my student loans or reissuing my HEAL loans as part of a combined payment plan. A copy of this authorization may be deemed to be an original.
Your prompt reply and cooperation will help to expedite my loan consolidation. Thank you.

19. APPLICANT SIGNATURE X _____  DATE 5-30-89 

**SALLIE MAE COPY**

## STATEMENT OF RIGHTS AND RESPONSIBILITIES

**Change of Address** I agree to notify Sallie Mae promptly concerning any change of address.

**Evidence of Loan** This application/promissory note is evidence of a consolidation loan made pursuant to Section 428C of the Act (defined above).

**Security and Endorsement; Defenses** This loan is made without security and without endorsement, except that if I am a minor and this application/promissory note would not, under applicable law create a binding legal obligation, endorsement may be required. I understand that, by accepting a consolidation loan, I undertake a new obligation, which is not subject to any defenses I might have with respect to the loans selected for consolidation. Any delay or failure to enforce obligations under this Note shall not constitute a waiver of the lender's or other holder's rights to enforce such obligations in the future. No provisions of this Note may be modified or waived except in writing.

**Interest**
1. This loan will bear interest at an annual rate which is fixed for the term of the loan. If all the loans I am consolidating bear interest at a rate of nine percent or less, the interest rate on the SMART LOAN™ Account will be nine percent per annum. If any of my fixed rate SLS/ALAS loans are to be consolidated, they will first be refinanced at the rate specified in Section 427A(c)(4) of the Act, if that rate is lower than my current fixed rate on such SLS/ALAS loans, and then be immediately consolidated with the SMART LOAN Account. I will not receive any separate documentation evidencing refinanced SLS/ALAS loans. The interest rate on SMART LOAN Accounts that include SLS/ALAS loans will be the greater of (a) nine percent per annum or (b) the weighted average of all the loans consolidated, rounded to the nearest whole percent.
2. I will pay all interest that accrues on this loan commencing on the date of disbursement. The government will not pay interest that accrues during deferment periods on my behalf.
3. Sallie Mae may add interest that is not paid when due and interest that accrues during authorized deferment and forbearance periods to the unpaid principal balance of this loan no more frequently than annually and, in the case of deferment or forbearance, at the beginning of the recommencement of the repayment period.

**Grace Period and Repayment of Principal** My first payment will be due within sixty days of the date of disbursement of my SMART LOAN Account unless I am eligible for deferment as described below. The repayment schedule to be furnished to me will establish repayment terms, including the length of the repayment period, based on information I have furnished on this application/promissory note. The minimum installment payment is equal to not less than the accrued unpaid interest. By consolidating the selected loans, I forego the remainder of any grace periods on such loans. Sallie Mae may adjust my repayment schedule if it determines that any of the loans listed herein are not eligible or do not qualify as "other student loans" for purposes of determining the repayment period.

My repayment period will be between 10 and 25 years in length, depending on the amount of my student loan indebtedness, and any period for which Sallie Mae has granted a deferment or forbearance will not be included in determining the 10- to 25-year period.

**Deferment** To the extent authorized by federal statute, payments of principal will be deferred, but interest will accrue, in the following circumstances:
1. While I am pursuing
   A. A full-time course of study as determined by an eligible institution;
   B. At least a half-time course of study as determined by an eligible institution, provided that I have received a loan under the GSL or SLS/ALAS program for that enrollment period;
   C. A course of study in a graduate fellowship program approved by the U.S. Secretary of Education; or
   D. An approved course of study in a rehabilitation training program for disabled individuals approved by the U.S. Secretary of Education.
2. For a period not in excess of three years during which
   A. I am temporarily totally disabled, as established by sworn affidavit of a qualified physician; or
   B. I am unable to secure employment by reason of the care required by a spouse or dependent who is temporarily totally disabled, as established by sworn affidavit of a qualified physician.
3. For not in excess of 24 months, at my request, during which I am seeking and unable to find full-time employment in the United States.

Any period of authorized deferment shall not be included in determining the repayment period. To be granted a deferment, I must provide Sallie Mae with written evidence of my eligibility. I must subsequently notify the lender as soon as the condition for which the deferment was granted no longer exists. I understand that, by consolidating the selected loans, I forego certain deferments allowable for such loans.

**Prepayments** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time.

Under certain circumstances, military personnel may have their loans repaid by the Secretary of Defense, in accordance with Section 902 of the Department of Defense Authorization Act 1983 (10 U.S.C. 2143, note). I understand that questions concerning such circumstances should be addressed to my local service recruiter. Those circumstances are part of a recruiting program and do not pertain to prior service individuals or those not eligible for enlistment in the Armed Forces.

**Forbearance** If I am unable to make my scheduled payments for reasons of hardship, I may be eligible for forbearance as provided for by guarantor policies.

**Credit Bureau Notification** Information concerning the amount of this loan and its repayment will be reported to one or more credit bureau organizations. If I default on this loan, Sallie Mae or the guarantor will also report the default to credit bureau organizations. This may significantly and adversely affect my ability to obtain other credit. Sallie Mae or the guarantor must notify me at least 30 days in advance that information about the default will be disclosed to credit bureau organizations unless I enter into repayment on the loan within the 30 days. Upon my request, Sallie Mae must provide information on the repayment status of this loan to a credit bureau organization and must provide a timely response to any request from that organization for a response to objections I might raise about the accuracy and completeness of information reported about me.

**Default** "Default" means the failure of a borrower to make an installment payment when due, or to meet other terms of the promissory note under circumstances where the Secretary or guarantor finds it reasonable to conclude that the borrower no longer intends to honor the obligation to repay, provided that this failure persists for [...] or any other violation [...] repayable in less frequent installments.

If I am in default on this loan—
1. Sallie Mae or the guarantor may disclose to schools I have attended (or am currently attending) information about the default;
2. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Incentive Grant, Byrd Scholarships, Perkins Loan (formerly called National Direct Student Loans), Guaranteed Student Loans, Supplemental Loans for Students (SLS), PLUS loans or Consolidated Loans; and
3. I will be ineligible for the benefits described under DEFERMENT in the Promissory Note.

**Acceleration** At the option of the lender or other holder of this Note, the entire unpaid balance and accrued interest shall become immediately due and payable upon the occurrence of any of the following events: 1) I make or have made a false material statement in connection with this application for this loan; or 2) I fail to make payments and federal regulations require the lender to make a final demand for payment.

**Late Charge** Sallie Mae may collect from me a late charge if I fail to pay all or part of a required installment payment within 10 days after it is due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under DEFERMENT in the Promissory Note. A late charge may not exceed 6 cents for each dollar of each late installment.

**Cancellation** If I become totally and permanently disabled, or I die, my obligation to pay any amount owed on this loan is cancelled. I understand that, by consolidating my Perkins and HPSL loans, I forego cancellations that may otherwise be allowable only for such loans.

**Eligibility for Additional Consolidation Loans; Effect on Limitation of Indebtedness** I understand that my status as an eligible borrower under this loan consolidation program under Section 428C of the Act terminates upon my receipt of this loan, except with respect to loans I am eligible to consolidate received after the date of receipt of this loan.

The outstanding balance on my consolidation loan, to the extent related to the discharge of the GSL and SLS/ALAS loans I have selected for consolidation, shall be counted against the applicable limitation on aggregate indebtedness of the GSL program, the SLS/ALAS program or the Perkins Loan program, as applicable.

**Charges** Neither an insurance premium nor an origination fee will be collected by Sallie Mae on a consolidation loan.

### PRIVACY ACT NOTICE

The Privacy Act of 1974 (5 U.S.C. 552a) requires that an agency provide the following notice to each individual whom it asks to supply information. Sallie Mae routinely provides certain information pertaining to borrowers of SMART LOAN Accounts, including information provided on the loan

C. A course of study in a graduate fellowship program approved by the U.S. Secretary of Education; or
D. An approved course of study in a rehabilitation training program for disabled individuals approved by the U.S. Secretary of Education.
2. For a period not in excess of three years during which
A. I am temporarily totally disabled, as established by sworn affidavit of a qualified physician; or
B. I am unable to secure employment by reason of the care required by a spouse or dependent who is temporarily totally disabled, as established by sworn affidavit of a qualified physician.
3. For not in excess of 24 months, at my request, during which I am seeking and unable to find full-time employment in the United States.

Any period of authorized deferment shall not be included in determining the repayment period. To be granted a deferment, I must provide Sallie Mae with written evidence of my eligibility. I must subsequently notify the lender as soon as the condition for which the deferment was granted no longer exists. I understand that, by consolidating the selected loans, I forego certain deferments allowable for such loans.

**Prepayments** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time.

Under certain circumstances, military personnel may have their loans repaid by the Secretary of Defense, in accordance with Section 902 of the Department of Defense Authorization Act 1981 (10 U.S.C. 2141, note). I understand that questions concerning such circumstances should be addressed to my local service recruiter. Those circumstances are part of a recruiting program and do not pertain to prior service individuals or those not eligible for enlistment in the Armed Forces.

**Forbearance** If I am unable to make my scheduled payments for reasons of hardship, I may be eligible for forbearance as provided for by guarantor policies.

**Credit Bureau Notification** Information concerning the amount of this loan and its repayment will be reported to one or more credit bureau organizations. If I default on this loan, Sallie Mae or the guarantor will also report the default to credit bureau organizations. This may significantly and adversely affect my ability to obtain other credit. Sallie Mae or the guarantor must notify me at least 30 days in advance that information about the default will be disclosed to credit bureau organizations unless I enter into repayment on the loan within the 30 days. Upon my request, Sallie Mae must provide information on the repayment status of this loan to a credit bureau organization and must provide a timely response to any request from that organization for a response to objections I might raise about the accuracy and completeness of information reported about me.

**Default** "Default" means the failure of a borrower to make an installment payment when due, or to meet other terms of the promissory note under circumstances where the Secretary or guarantor finds it reasonable to conclude that the borrower no longer intends to honor the obligation to repay, provided that this failure persists for...

[text obscured by stamp/watermark]
...repayable in less frequent installments.

If I am in default on this loan—
1. Sallie Mae or the guarantor may disclose to schools I have attended (or am currently attending) information about the default;
2. I will be ineligible to receive assistance from any of the following Federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Incentive Grant, Byrd Scholarships, Perkins Loan (formerly called National Direct Student Loans), Guaranteed Student Loans, Supplemental Loans for Students (SLS), PLUS loans or Consolidated Loans; and
3. I will be ineligible for the benefits described under DEFERMENT in the Promissory Note.

**Acceleration** At the option of the lender or other holder of this Note, the entire unpaid balance and accrued interest shall become immediately due and payable upon the occurrence of any of the following events: 1) I make or have made a false material statement in connection with my application for this loan; or 2) I fail to make payments and federal regulations require the lender to make a final demand for payment.

**Late Charge** Sallie Mae may collect from me a late charge if I fail to pay all or part of a required installment payment within 10 days after it is due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under DEFERMENT in the Promissory Note. A late charge may not exceed 6 cents for each dollar of each late installment.

**Cancellation** If I become totally and permanently disabled, or I die, my obligation to pay any amount owed on this loan is cancelled. I understand that, by consolidating my Perkins and HPSL loans, I forego cancellations that may otherwise be allowable for such loans.

**Eligibility for Additional Consolidation Loans; Effect on Limitations on Indebtedness** I understand that my status as an eligible borrower under this loan consolidation program under Section 428C of the Act terminates upon my receipt of this loan, except with respect to loans received for consolidation received after the date of receipt of this loan.

The outstanding balance on my consolidation loan, to the extent related to the discharge of the GSL and SLS loans I have selected for consolidation, shall be counted against the applicable limitation on aggregate indebtedness of the GSL program, the SLS program, or the Perkins Loan program, as applicable.

**Charges** Neither an insurance premium nor an origination fee will be collected by Sallie Mae on this consolidation loan.

---

### PRIVACY ACT NOTICE

The Privacy Act of 1974 (5 U.S.C. 552a) requires that an agency provide the following notice to each individual whom it asks to supply information. Sallie Mae routinely provides certain information pertaining to borrowers of SMART LOAN Accounts, including information provided on the loan application, to the U.S. Department of Education (ED). ED has asked Sallie Mae to provide the following notice.

1. The authority for collecting the requested information is found in sections 428C(b) and 429(b)(1) of the Higher Education Act of 1965, as amended. Applicants are advised that the requested information is necessary for participation in Sallie Mae's SMART LOAN program.
2. The principal purposes of this information are as follows: to verify the identity of the applicant; to determine program eligibility and benefits; to permit servicing of the loan; and, in the event it is necessary, to locate missing borrowers and collect on delinquent or defaulted loans.
3. The routine uses of this information include its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to guarantee agencies, to educational and financial institutions, to credit bureaus and collection agencies, and to agency contractors, in order to verify the identity of the applicant, to determine program eligibility and benefits, to permit servicing or collecting of the loan, to enforce the conditions or terms of the loan, to counsel the borrower in repayment efforts, to investigate possible fraud and to verify compliance with program regulations, or to locate a delinquent or defaulted borrower.

Section 7(b) of the Privacy Act of 1974 (5 U.S.C. 552a note) requires that, when any federal, state, or local government agency requests an individual to disclose his or her social security account number (SSN), the individual must also be advised whether that disclosure is mandatory or voluntary, by what statutory or other authority the SSN is solicited, and what uses will be made of it. Disclosure of the applicant's SSN is required as a condition for participation in the SMART LOAN Program. ED has, prior to 1975, consistently required pursuant to published regulations the disclosure of the SSN on application forms and other necessary documents. The SSN will be used to verify the identity of the applicant, and as an account number (identifier) throughout the life of the loan in order to record necessary data accurately. As an identifier, the SSN is used in such program activities as: determining program eligibility; determining eligibility for deferment of repayment; determining eligibility for disability or death claims; and for tracing and collecting in cases of delinquent or defaulted loans.

### RIGHT TO FINANCIAL PRIVACY ACT NOTICE

Under the Right to Financial Privacy Act of 1978 (12 U.S.C. 3401 et seq.), the U.S. Department of Education will have access to financial records in your student loan file maintained by Sallie Mae in connection with the administration of the SMART LOAN program.

### EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, handicap, or age (provided that the applicant has the capacity to enter into a binding contract) or because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency which administers compliance with this law is the Federal Trade Commission, 6th Street & Pennsylvania Avenue NW, Washington, D.C. 20580.