UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20021-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTURO TAQUECHEL.,

    Defendant.
_____/

## ORDER

This **MATTER** is before the Court on Plaintiff's notice of filing promissory note. (DE 15.) The Parties shall appear for a status conference before the Honorable Kathleen Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida on July 1, 2014 at 11:00 a.m.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 25 day of June, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1